NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROFECTUS TECHNOLOGY LLC,**
*Plaintiff-Appellant*

**v.**

**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA, INC., HUAWEI DEVICE USA, INC., FUTUREWEI TECHNOLOGIES, INC.,**
*Defendants*

**DELL INC., APPLE INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG ELECTRONICS AMERICA, INC., MOTOROLA MOBILITY LLC, HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,**
*Defendants-Appellees*

---

2015-1016, 2015-1018, 2015-1019

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:11-cv-00474-MHS, 6:11-cv-00674-MHS, 6:11-cv-00676-MHS, Judge Michael H. Schneider.

---

**ORDER**

---

Before MOORE, REYNA, and WALLACH, *Circuit Judges.*

PER CURIAM.

On October 27, 2015, we ordered the parties to prepare to show cause at oral argument as to why sanctions should not be imposed for violation of Federal Circuit Rule 28(d).  The parties addressed the issue of sanctions at oral argument and refiled corrected briefing and appendices following oral argument. Regarding the show-cause order on October 27, 2015, we decline to impose sanctions for violation of Federal Circuit Rule 28(d).

IT IS ORDERED THAT:

Sanctions are not imposed.

FOR THE COURT

May 26, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court